[No. 73791-1-I.   Division One.   March 7, 2016.]

*In the Matter of the Parentage of* K.B.M.

KEVIN L. WHITSON, *Respondent*, v. SUZANNE R. MARSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-5-01766-5, Theresa B. Doyle, J., entered July 13, 2015. *Remanded with instructions* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Leach, J.

[No. 74162-4-I.   Division One.   March 7, 2016.]

ZENAIDA MONTOYA, *Appellant*, v. BANK OF AMERICA HOME LOANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-2-00556-3, Christopher Melly, J., entered August 4, 2014. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Lau and Trickey, JJ.

[No. 46095-5-II.   Division Two.   March 8, 2016.]

DOUGLAS VERDIER ET AL., *Appellants*, v. GREGORY BOST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-2-00382-5, Barbara D. Johnson, J., entered March 7, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Bjorgen, A.C.J., and Melnick, J.